

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00106-CR

**EX PARTE** Otto Ray **KIETZMAN**,

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

### ORDER

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 2, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_____
Keith E. Hottle, Clerk